ACCEPTED
15-25-00051-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 1:30 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00051-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 1:30:18 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE COURT OF APPEALS** |
| **J.L.H., A CHILD** | § | |
| | § | |
| **MARIBEL L. HILL,** | § | |
| **RESPONDENT/APPELLANT** | § | |
| | § | |
| **VS.** | § | **15TH JUDICIAL DISTRICT** |
| | § | |
| **DWIGHT L. HILL,** | § | |
| **PETITIONER/APPELLEE** | § | **AUSTIN, TEXAS, TRAVIS COUNTY** |

## APPELLANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH JUDICIAL DISTRICT COURT OF APPEALS IN AND FOR THE STATE OF TEXAS:**

COMES NOW, Appellant/Respondent, Maribel Hill, by and through her appellate counsel of record, Marisol Lopez, and moves this Court for an extension of time to file Appellant's Brief in this cause. *See Tex. R. App. P 10.5(b).* In support thereof, Appellant would show this Honorable Court the following:

1) Appellant filed her Notice of Appeal on March 10, 2025;

2) July 23, 2025, is Appellant's current deadline for filing Appellant's brief;

3) The Clerk of the Court filed their corrected electronic record on March 18, 2025, with only part of the clerk's record;

4) The Reporter's record was filed on June 23, 2025;

5) Appellant requested the Court Clerk supplement their record on July 9, 2025, as there are motions Appellant needs for the appeal that were not included in the record, and of which said motion just got accepted on July 16, 2025; (See Exhibit A)

6) The clerk of the court is still working on the supplementation;

1

7) Once we receive the supplement, Appellant still must continue to draft the brief and incorporate all of the supplemental motions and pleadings into her brief;

8) A day or two, if a supplementation is even filed this week, is not enough time to adequately incorporate the evidence into Appellant's brief;

9) Appellant's counsel will be working limited hours due to a medical treatment for the next month;

10) Appellant's counsel will be undergoing oxygen treatment that consumes half of the day every day for 30 days, to begin next week or the week after, latest, as this is being arranged now;

11) A thirty (30) day extension from July 23, 2025, is requested.

12) No extension has been granted previously;

13) For these reasons, Appellant is requesting the deadline to file her brief be extended to August 23, 2025, as Appellant is assuming the record will be supplemented within the next week or two, latest.

14) Appellee's counsel, Richard Orsinger, graciously agreed to the extension.

15) WHEREFORE, PREMISES CONSIDERED, counsel respectfully request this Court hereby:

- Grant this Motion in all its particulars;

- Request that Appellant's brief be due on August 23, 2025;

- Grant to the parties whatever and further relief, either in law or in equity, to which this Court deems them fit to receive.

_____/s/ Marisol Lopez_____
MARISOL LOPEZ LAW FIRM

Marisol Lopez
State Bar No 24050952
301 W Avenue D
Garland, TX 75040
972-205-1110 office
1-866-232-2077 facsimile
marisol@lawyerforu.com


# CERTIFICATE OF SERVICE


Counsel for Movant/Appellant certifies that a true copy of this Notice has been forwarded in accordance with TRAP 9.5 this _16th_ day of July, 2025 to Petitioner Dwight Hill's lead attorney:

EPSTEIN FAMILY LAW, P.C.
Robert D. Epstein
State Bar No. 24065206
robert@epsteinpc.com
5949 Sherry Lane, Suite 1070
Dallas, TX 75225
Tel: (972) 232-7673

And

ORSINGER, NELSON, DOWNING & ANDERSON, LLP
Richard R. Orsinger
State Bar NO. 15322500
425 Soledad, Suite 550
San Antonio, Texas 78205
210-225-5567
richard@ondafamilylaw.com


_____*/s/ Marisol Lopez*_
Marisol Lopez
*Attorney for Maribel Hill*

3

STATE OF TEXAS        §
                              §

COUNTY OF Dallas     §

        My name is Marisol Lopez. I am over the age of 18 and of sound mind and competent in all respects to make this affidavit. I am the attorney of record for this cause. I have read the foregoing document. All facts stated in the Motion are within my personal knowledge and are true and correct.

        EXECUTED the 16th day of ___July___, 20_25_.



                     Marisol López

        SUBSCRIBED and SWORN TO before me, on this _____ day of _____, 20____ to certify which witness my hand and seal of office.

SHONDA FIELDS
My Notary ID # 132367650
Expires February 20, 2028

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

# EXHIBIT A

4

| | |
|---|---|
| Subject | **Filing Accepted for Case: DF-22-14398; DWIGHT HILLvs.MARIBEL HILL; Envelope Number: 102935578** |
| From | <no-reply@efilingmail.tylertech.cloud> |
| To | <marisol@lawyerforu.com> |
| Date | 2025-07-16 11:23 am |



**FILING ACCEPTED**

Envelope Number: 102935578
Case Number: DF-22-14398
Case Style: DWIGHT HILLvs.MARIBEL HILL

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article [1].

FILING DETAILS

Court
Dallas County – District Clerk – Family

Case Number
DF-22-14398

Case Style
DWIGHT HILLvs.MARIBEL HILL

Date/Time Submitted
7/9/2025 3:21 PM CST

Date/Time Accepted
7/16/2025 11:23 AM CST

Accepted Comments
ARODELA 214-653-7173

Filing Type
EFileAndServe

Filing Description
REQUEST FOR COURT CLERK TO SUPPLEMENT RECORD

Activity Requested
Miscellaneous Event

Filed By
Marisol Lopez

Filing Attorney
Marisol Lopez

DOCUMENT DETAILS

Lead Document
REQUEST COURT SUPPLEMENT RECORD.pdf

Lead Document Page Count
14

File Stamped Copy
Download Document [2]

        This link is active for 45 days. To access this document, you will be required to enter your email address. Click here [3] for more information.

Please Note: If you have not already done so, be sure to add yourself as a service contact on this case in order to receive eService.

For technical assistance, contact your service provider

Need Help? Help [4]
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

Links:
------
[1] https://odysseyfileandservecloud.zendesk.com/hc/en-us/articles/360049030732-How-to-view-the-file-stamped-copy-of-a-filing-I-submitted
[2] https://texas.tylertech.cloud/ViewDocuments.aspx?FID=d2badec5-5d44-486e-9550-eded64a43a5a
[3] https://content.tylerhost.net/docs/Filer_Information.pdf
[4] http://content.tylerhost.net/helptx/selfservice/

## NO. DF-22-14398

NO. 15-25-00051-CV

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| DWIGHT L. HILL | § | |
| AND | § | 302ND JUDICIAL DISTRICT |
| MARIBEL L. HILL | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| J.L.H., A CHILD | § | DALLAS COUNTY, TEXAS |

### REQUEST FOR COURT CLERK TO SUPPLEMENT RECORD

COMES NOW, Respondent, Maribel Hill, and requests the clerk of the court to

supplement the record. While the clerk of the court filed some documents we are in need of the

documents that are highlighted on Exhibit A. Please supplement the record with these pleadings,

notices and motions. Thank you.

_/s/ Marisol Lopez_
MARISOL LOPEZ LAW FIRM
Marisol Lopez
State Bar No 24050952
301 W Avenue D
Garland, TX 75040
972-205-1110 office
1-866-232-2077 facsimile
marisol@lawyerforu.com

### CERTIFICATE OF SERVICE

Counsel for Movant/Appellant certifies that a true copy of this Notice has been forwarded in
accordance with TRAP 9.5 this _9th_ day of July, 2025 to Petitioner Dwight Hill's lead attorney:

EPSTEIN FAMILY LAW, P.C.
Robert D. Epstein

1

State Bar No. 24065206
robert@epsteinpc.com
5949 Sherry Lane, Suite 1070
Dallas, TX 75225
Tel: (972) 232-7673

And

ORSINGER, NELSON, DOWNING & ANDERSON, LLP
Richard R. Osinger
State Bar NO. 15322500
425 Soledad, Suite 550
San Antonio, Texas 78205
210-225-5567
richard@ondafamilylaw.com

The Fifteenth Court of Appeals
NO. 15-25-00051-CV

_/s/ Marisol Lopez_
Marisol Lopez
*Attorney for Maribel Hill*

2

# EXHIBIT A

DALLAS-DF-22-14398-CLR-VOL001.pdf:
VOLUME 1 OF 1
Trial Court Cause No. DF-22-14398
Appellate Case No. <u>05-25-00283-CV</u>
In the 302nd District Court of Dallas County, Texas
Honorable SANDRA JACKSON Judge Presiding

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/18/25 9:27:58 AM
Ruben Morin
Clerk

*MARIBEL HILL, Appellant(s)*
*Vs.*
*DWIGHT L. HILL, Appellee(s)*

**Appealed To The**
**Court Of Appeals For The 5TH District Of**
**Texas, At Dallas, Texas**

| | | |
|---|---|---|
| *Attorney for Appellant(s):* | * | **MARISOL LOPEZ LAW FIRM** |
| *NAME:* | * | **MARISOL LOPEZ** |
| *ADDRESS:* | * | **301 W AVENUE D GARLAND, TX 75040** |
| *TELEPHONE NO.:* | * | **972-205-1110** |
| *FAX NO.:* | * | **1-866-232-2077** |
| *E-MAIL ADDRESS:* | * | **marisol@lawyerforu.com** |
| *SBOT NO.:* | * | **24050952** |
| *ATTORNEY FOR:* | * | **MARIBEL HILL** |

**Delivered To The Court Of Appeals**
**For The 5TH District Of Texas,**
**At Dallas, Texas**

**On the 12th day of March, 2025**

**FELICIA PITRE**
**DISTRICT CLERK**
**DALLAS COUNTY, TEXAS**

**By DANIEL MACIAS, Deputy District Clerk**

DF-22-14398



DWIGHT HILL
VS.
MARIBEL HILL

§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT


OF


DALLAS COUNTY, TEXAS

## INDEX

| Document | File Date | Page |
|---|---|---|
| COVERSHEET | 03/12/2025 | 1 - 1 |
| INDEX | 03/12/2025 | 2 - 3 |
| CAPTION | 03/12/2025 | 4 - 4 |
| DOCKET SHEET | 03/12/2025 | 5 - 13 |
| ORIGINAL PETITION FOR DIVORCE | 09/27/2022 | 14 - 23 |
| RESPONDENT'S ORIGINAL ANSWER | 10/10/2022 | 24 - 27 |
| RESPONDENT'S FIRST AMENDED ANSWER AND COUNTERPETITION FOR DIVORCE | 11/08/2023 | 28 - 39 |
| COUNTERRESPONDENT'S ORIGINAL ANSWER | 11/14/2023 | 40 - 43 |
| FIRST AMENDED PETITION FOR DIVORCE | 11/14/2023 | 44 - 54 |
| RESPONDENT'S SECOND AMENDED ANSWER AND COUNTERPETITION FOR DIVORCE | 05/14/2024 | 55 - 62 |
| RESPONDENT'S THIRD AMENDED ANSWER AND COUNTERPETITION FOR DIVORCE | 05/14/2024 | 63 - 70 |

| | | |
|---|---|---|
| RESPONDENT'S FOURTH AMENDED ANSWER AND COUNTERPETITION FOR DIVORCE | 05/16/2024 | 71 - 79 |
| COUNTERRESPONDENT'S ANSWER TO FOURTH AMENDED ANSWER AND COUNTERPETITION FOR DIVORCE | 06/10/2024 | 80 - 83 |
| FINAL DECREE OF DIVORCE | 12/10/2024 | 84 - 112 |
| REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW | 12/23/2024 | 113 - 115 |
| REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW | 12/23/2024 | 116 - 118 |
| RESPONDENT'S MOTION FOR NEW TRIAL | 01/03/2025 | 119 - 160 |
| RESPONDENT'S OBJECTION TO THE FINAL DIVORCE DECREE ENTERED ON DECEMBER 10, 2024. | 01/09/2025 | 161 - 163 |
| NOTICE OF PAST DUE FINDINGS OF FACT AND CONCLUSIONS OF LAW | 01/16/2025 | 164 - 166 |
| CORRESPONDENCE LETTER RE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 01/27/2025 | 167 - 181 |
| RESPONDENT'S OBJECTION TO FINDINGS OF FACT AND CONCLUSIONS OF LAW BEING WRITTEN | 01/27/2025 | 182 - 185 |
| RESPONDENT'S OBJECTION TO FINDINGS OF FACT AND CONCLUSIONS OF LAW BEING WRITTEN AND SUBMITTED BY OPPOSING COUNSEL ON BEHALF OF THE COURT | 01/27/2025 | 186 - 189 |
| RESPONSE TO RESPONDENT'S MOTION FOR NEW TRIAL | 01/28/2025 | 190 - 194 |
| NOTICE OF APPEAL | 03/07/2025 | 195 - 228 |
| FIFTH COURT OF APPEALS CORRESPONDENCE RE AFFIDAVIT OF INABILITY TO AFFORD COSTS | 03/12/2025 | 229 - 243 |
| COST BILL | 03/12/2025 | 244 - 244 |
| CLERK'S CERTIFICATE | 03/12/2025 | 245 - 245 |

THE STATE OF TEXAS

COUNTY OF DALLAS

In the 302nd District Court of Dallas County, Texas, the Honorable SANDRA JACKSON, Judge Presiding, the following proceedings were held and the following instruments and other papers were filed in this cause, to wit:

Trial Court Cause No.: DF-22-14398

| | |
|---|---|
| DWIGHT HILL | IN THE 302ND DISTRICT COURT |
| vs. | OF |
| MARIBEL HILL | DALLAS COUNTY, TEXAS |

# DOCKET SHEET

## CASE NO. DF-22-14398

| | | |
|---|---|---|
| DWIGHT HILL<br>vs.<br>MARIBEL HILL | §<br>§<br>§<br>§ | Location: **302nd District Court**<br>Judicial Officer: **JACKSON, SANDRA**<br>Filed on: **09/27/2022** |

### CASE INFORMATION

| | |
|---|---|
| **Statistical Closures**<br>12/10/2024    AGREED JUDGMENTS | Case Type: **DIVORCE WITH CHILDREN**<br>Subtype: **DIVORCE WITH CHILDREN** |

### PARTY INFORMATION

| | | |
|---|---|---|
| **PETITIONER** | HILL, DWIGHT L. | EPSTEIN, ROBERT D<br>*Retained*<br>972-232-7673(W) |
| **RESPONDENT** | HILL, MARIBEL L<br>*** Confidential Address *** | LOPEZ, MARISOL<br>*Retained*<br>972-205-1110(W) |

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|
| 09/27/2022 | NEW CASE FILED (OCA) - FAMILY |
| 09/27/2022 | ORIGINAL PETITION |
| 10/10/2022 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party: RESPONDENT HILL, MARIBEL L |
| 10/17/2022 | RULE 11<br>- RE: INITIAL DISCLOSURES AND IA'S |
| 11/16/2022 | RULE 11<br>- RE: EXTENDING I&A DEADLINES |
| 11/18/2022 | RULE 11<br>- RE: INVENTORIES AND OFFER |
| 01/09/2023 | MOTION - PRE TRIAL CONFERENCE<br>Party: PETITIONER HILL, DWIGHT L. |
| 01/19/2023 | VACATION LETTER<br>*MELISSA R COWLE* |
| 01/23/2023 | MOTION - WITHDRAW ATTORNEY<br>Party: ATTORNEY COWLE, MELISSA R |
| 02/06/2023 | PROPOSED ORDER/JUDGMENT<br>*N/S PROPOSED ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL* |
| 02/09/2023 | ORDER - WITHDRAW ATTORNEY<br>Party: RESPONDENT HILL, MARIBEL L |
| 03/07/2023 | NOTICE OF APPEARANCE<br>Party: ATTORNEY LOPEZ, MARISOL<br>*OF COUNSEL* |
| 03/07/2023 | MOTION - TEMPORARY ORDERS<br>*MARIBEL HILL* |
| 03/07/2023 | VACATION LETTER |
| 03/08/2023 | NOTICE OF HEARING / FIAT<br>*NOTICE OF ORAL HEARING RE: MOTION FOR TEMPORARY ORDERS* |

| | |
|---|---|
| 03/08/2023 | VACATION LETTER<br>*MARISOL LOPEZ* |
| 03/13/2023 | *CANCELED* **PRETRIAL** (2:30 PM) (Judicial Officer: JACKSON, SANDRA)<br>*BY COURT ADMINISTRATOR* |
| 03/16/2023 | MOTION - TEMPORARY ORDERS<br>*DWIGHT L HILL* |
| 03/16/2023 | NOTICE OF HEARING / FIAT<br>*NOTICE OF COURT PROCEEDING RE: MOTION FOR TEMPORARY ORDERS* |
| 03/22/2023 | *CANCELED* **TEMPORARY ORDERS HEARING** (1:30 PM) (Judicial<br>Officer: ABENDROTH, TAMIKA JONES)<br>*REQUESTED BY ATTORNEY/PRO SE* |
| 03/27/2023 | MOTION - CONFER WITH CHILD |
| 03/27/2023 | NOTICE OF HEARING / FIAT<br>*NOTICE OF COURT PROCEEDING RE: MOTION FOR JUDGE TO CONFER WITH*<br>*CHILD* |
| 03/27/2023 | OBJECTIONS - MISC<br>*RE: PETITIONER'S MOTION TO CONFER W/ CHILD & TEMPORARY ORDERS -*<br>*MARISOL HILL* |
| 03/29/2023 | PROPOSED ORDER/JUDGMENT<br>*N/S PROPOSED AGREED ORDER ON MOTION FOR JUDGE TO CONFER WITH CHILD* |
| 03/29/2023 | MOTION - WITHDRAW MISC<br>*RE: NUMBER 2 OF RESPONDENT'S MOTION FOR TEMPORARY ORDERS - MARIBEL*<br>*HILL* |
| 03/30/2023 | **TEMPORARY ORDERS HEARING** (9:00 AM) (Judicial Officer: ABENDROTH, TAMIKA<br>JONES)<br>Events: 03/07/2023 MOTION - TEMPORARY ORDERS<br>03/16/2023 MOTION - TEMPORARY ORDERS<br>03/27/2023 MOTION - CONFER WITH CHILD |
| 04/21/2023 | *CANCELED* **DISMISSAL FOR WANT OF PROSECUTION** (9:00 AM) (Judicial<br>Officer: JACKSON, SANDRA)<br>*BY COURT ADMINISTRATOR* |
| 05/11/2023 | VACATION LETTER<br>*ROBERT EPSTEIN* |
| 05/15/2023 | **PRETRIAL** (1:30 PM) (Judicial Officer: JACKSON, SANDRA) |
| 05/15/2023 | ORDER - PRETRIAL |
| 06/06/2023 | MOTION - COMPEL<br>Party: PETITIONER HILL, DWIGHT L.<br>*DISCOVERY & FOR SANCTIONS W/ EXHIBITS* |
| 06/07/2023 | NOTICE OF HEARING / FIAT<br>*NOTICE OF COURT PROCEEDING RE: MOTION TO COMPEL DISCOVERY & FOR*<br>*SANCTIONS* |
| 07/12/2023 | **MOTION HEARING** (1:30 PM) (Judicial Officer: ABENDROTH, TAMIKA JONES)<br>Events: 06/06/2023 MOTION - COMPEL |
| 07/12/2023 | RULE 11 |
| 11/08/2023 | ~~COUNTER-CLAIM~~ |
| 11/08/2023 | ~~JURY DEMAND~~<br>Party: RESPONDENT HILL, MARIBEL L; ATTORNEY LOPEZ, MARISOL |
| 11/09/2023 | |

*Printed on 03/12/2025 at 2:23 PM*

MOTION - CONTINUANCE
*MOTION FOR CONTINUANCE*

11/09/2023    PROPOSED ORDER/JUDGMENT
*ORDER FOR RESPONDENT'S FIRST MOTION FOR CONTIUANCE*

11/14/2023    MOTION - STRIKE
*RESPONDENT'S MOTION TO STRIKE (UNDEEM) POTENTIALLY ALLEGED DEEMED ADMISSIONS*

11/14/2023    ORIGINAL ANSWER TO CROSS CLAIM - COUNTER PETITION
Party: PETITIONER HILL, DWIGHT L.

11/14/2023    AMENDED PETITION
Party: PETITIONER HILL, DWIGHT L.

11/14/2023    MISCELLANEOUS EVENT
Party: PETITIONER HILL, DWIGHT L.
*REQUIRED PRETRIAL DISCLOSURES*

11/22/2023    MOTION - CONTINUANCE
*FIRST MOTION FOR CONTINUANCE*

11/28/2023    MOTION - CONTINUANCE
*RESPONSE TO RESPONDENT MARIBEL HILL S MOTION FOR CONTINUANCE*

11/29/2023    **MOTION HEARING** (9:00 AM) (Judicial Officer: JACKSON, SANDRA)

11/29/2023    DOCKET SHEET

11/29/2023    ORDER - MISC.
*ORDER FOR RESPONDENT'S MOTION TO UNDEEM POTENTIALLY ALLEGED DEEMED ADMISSIONS*

11/29/2023    ORDER - MISC.
*ORDER FOR RESPONDENT'S FIRST MOTION FOR CONTINUANCE*

12/12/2023    MOTION - COMPEL
Party: PETITIONER HILL, DWIGHT L.
*DISCOVERY AND FOR SANCTIONS (2ND)*

12/14/2023    **BENCH TRIAL** (9:00 AM) (Judicial Officer: JACKSON, SANDRA)
*#1 trial*
*CASE CONTINUED. JURY DEMAND WITHDRAWN*

01/12/2024    MISCELLANEOUS EVENT
*NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS*

01/12/2024    MISCELLANEOUS EVENT
*AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS*

02/26/2024    MISCELLANEOUS EVENT
*AMENDED NOTICE OF INTENTION*
*TO TAKE DEPOSITION BY WRITTEN QUESTIONS*

02/26/2024    MISCELLANEOUS EVENT
*AMENDED NOTICE OF INTENTION*
*TO TAKE DEPOSITION BY WRITTEN QUESTIONS*

02/28/2024    REPORTER'S CERTIFICATION

03/11/2024    MOTION - CONTINUANCE
*MOTION FOR CONTINUANCE*

03/12/2024    MISCELLANEOUS EVENT
*DWIGHT L. HILL S FIRST AMENDED REQUIRED PRETRIAL DISCLOSURES*

| 03/13/2024 | MISCELLANEOUS EVENT |
| | *OFFICER'S CERTIFICATION OF DEPOSITION* |
| 03/14/2024 | NOTICE OF HEARING / FIAT |
| | *MOTION HEARING* |
| 03/18/2024 | MOTION - CONTINUANCE |
| | *RESPONSE TO RESPONDENT MARIBEL HILL S SECOND MOTION FOR CONTINUANCE* |
| 03/18/2024 | MOTION - CONTINUANCE |
| | *R E S P O N D E N T MA R I B E L H I L L S SUPPLEMENTAL SECOND MOTION FOR CONTINUANCE* |
| 03/19/2024 | **MOTION HEARING** (9:00 AM) (Judicial Officer: JACKSON, SANDRA) |
| 03/19/2024 | DOCKET SHEET |
| 04/11/2024 | **BENCH TRIAL** (9:00 AM) (Judicial Officer: JACKSON, SANDRA) |
| | *jury trial withdrawn* |
| | *TBC SET FOR JUNE 17, 2024 @ 9AM* |
| 04/17/2024 | VACATION LETTER |
| | *ROBERT EPSTEIN* |
| 05/09/2024 | MISCELLANEOUS EVENT |
| | *RESPONDENTS REQUIRED PRETRIAL DISCLOSURES* |
| 05/14/2024 | AMENDED ANSWER - AMENDED GENERAL DENIAL |
| | Party: RESPONDENT HILL, MARIBEL L |
| | *SECOND. AND AMENDED COUNTERPETITION* |
| 05/14/2024 | INVENTORY AND APPRAISEMENT |
| | *SECOND AMENDED* |
| 05/14/2024 | INVENTORY AND APPRAISEMENT |
| | *SECOND AMENDED* |
| 05/14/2024 | AMENDED ANSWER - AMENDED GENERAL DENIAL |
| | Party: RESPONDENT HILL, MARIBEL L |
| | *THIRD AMENDED ANSWER AND COUNTERPETITION* |
| 05/16/2024 | AMENDED ANSWER - AMENDED GENERAL DENIAL |
| | Party: RESPONDENT HILL. MARIBEL L |
| | *FOURTH AMENDED ANSWER AND COUNTERPETITION* |
| 05/17/2024 | MOTION - MISCELLANEOUS |
| | *THIRD AMENDED INVENTORY AND APPRAISEMENT OF DWIGHT L. HILL* |
| 05/17/2024 | MISCELLANEOUS EVENT |
| | *DWIGHT L. HILL S SECOND AMENDED REQUIRED PRETRIAL DISCLOSURES* |
| 05/21/2024 | MOTION - EXCLUDE |
| | *MOTION TO EXCLUDE ALEX VANTARAKIS AS AN EXPERT WITNESS* |
| 05/23/2024 | BUSINESS RECORDS |
| | *NOTICE OF BUSINESS RECORDS AFFIDAVIT* |
| | *ANGLETON REAL ESTATE APPRAISAL* |
| 05/29/2024 | RETURN OF SERVICE |
| | *EXECUTED ATTORNEY ISSUED SUBPOENA - BRYAN RICE* |
| 05/29/2024 | RESPONSE |
| | *TO MOTION TO EXCLUDE* |
| 05/29/2024 | BRIEF FILED |

*OF PERSONAL GOODWILL, TERM AND EXTENDED TERM PAY*

| | | |
|---|---|---|
| 05/29/2024 | NOTICE OF FILING | |
| | *B/R AFFIDAVIT -BRAZEAL APPRAISALS* | |
| 05/30/2024 | OBJECTIONS - MISC | |
| | *RESPONDENT'S OBJECTION TO PETITIONER'S SUBPOENA OF BRYAN RICE WHO WAS DESIGNATED BY RESPONDENT, AND REQUEST THE COURT ASSESS ALL FEES AGAINST HUSBAND* | |
| 05/30/2024 | MISCELLANEOUS EVENT | |
| | *NOTICE RELATING TO SELF-AUTHENTICATION OF DOCUMENTS* | |
| 05/31/2024 | MISCELLANEOUS REVIEW | |
| | *RESPONDENT S NOTICE RELATING TO SELF-AUTHENTICATION OF DOCUMENTS* | |
| 05/31/2024 | BUSINESS RECORDS | |
| | *NOTICE OF BUSINESS RECORDS DECLARATION* | |
| 06/10/2024 | RULE 11 | |
| | *EXTEND PRE-TRIAL DEADLINES* | |
| 06/10/2024 | RESPONSE | |
| | *COUNTERRESPONDENT'S ANSWER TO FOURTH AMENDED ANSWER AND COUNTERPETITION FOR DIVORCE* | |
| 06/11/2024 | MISCELLANEOUS EVENT | |
| | *RESPONDENTS AMENDED REQUIRED PRETRIAL DISCLOSURES* | |
| 06/11/2024 | PROPOSED PROPERTY DIVISION | |
| | *Respondent's Proposed Division of Property* | |
| 06/11/2024 | REQUESTED RELIEF | |
| | *Respondent's Summary of Relief* | |
| 06/11/2024 | MISCELLANEOUS EVENT | |
| | *AMENDED INVENTORY AND APPRAISEMENT OF MARIBIL HILL* | |
| 06/11/2024 | MISCELLANEOUS EVENT | |
| | *FOURTH AMENDED INVENTORY AND APPRAISEMENT OF DWIGHT L. HILL* | |
| 06/11/2024 | REQUESTED RELIEF | |
| 06/11/2024 | MISCELLANEOUS EVENT | |
| | *THIRD AMENDED REQUIRED PRETRIAL* | |
| 06/13/2024 | MISCELLANEOUS EVENT | |
| | *RESPONDENTS AMENDED PROPOSED PROPERTY DIVISION* | |
| 06/14/2024 | MISCELLANEOUS EVENT | |
| | *CLARIFICATION OF PROPOSED PROPERTY DIVISION SPREADSHEET REGARDING ATTORNEY'S FEES* | |
| 06/14/2024 | EXHIBITS LIST | |
| 06/14/2024 | MISCELLANEOUS EVENT | |
| | *CLARIFICATION OF PROPOSED PROPERTY DIVISION SPREADSHEET REGARDING ATTORNEY'S FEES* | |
| 06/14/2024 | EXHIBITS LIST | |
| 06/14/2024 | INVENTORY AND APPRAISEMENT | |
| | *FIFTH AMENDED* | |
| 06/14/2024 | OBJECTIONS - MISC | |

*TO PETITIONER'S EXHIBITS*

| | |
|---|---|
| 06/17/2024 | **BENCH TRIAL** (9:00 AM) (Judicial Officer: JACKSON, SANDRA) <br> *Trial continued to 6/20/2024 at 9* |
| 06/17/2024 | MISCELLANEOUS EVENT <br> *SECOND AMENDED REQUIRED PRETRIAL DISCLOSURES* |
| 06/17/2024 | MISCELLANEOUS EVENT <br> *WITHDRAWAL OF DESIGNATION OF TESTIFYING EXPERT WITNESS* |
| 06/17/2024 | REQUESTED RELIEF <br> *SUMMARY* |
| 06/17/2024 | OBJECTIONS - MISC <br> *TO THE FOLLOWING ADDITIONAL EXHIBITS FILED ONE JUNE 16, 2024 AND WITNESS LIST ADDING BRYAN RICE* |
| 06/17/2024 | MISCELLANEOUS EVENT <br> *FOURTH AMENDED REQUIRED PRETRIAL DISCLOSURES* |
| 06/20/2024 | **BENCH TRIAL** (9:00 AM) (Judicial Officer: JACKSON, SANDRA) |
| 09/16/2024 | MOTION - ENTER ORDER <br> Party: PETITIONER HILL, DWIGHT L. <br> *FINAL DECREE OF DIVORCE* |
| 09/23/2024 | OBJECTIONS - MISC <br> *RESPONDENT'S OBJECTION AND RESPONSE TO PETITIONER'S MOTION TO SIGN AND ENTER FINAL DECREE OF DIVORCE AND MOTION TO ENFORCE QDRO OR RELATED DOCUMENT FOR RETIREMENT BENEFITS PRIOR TO THE EXPIRATION OF THIS COURT'S PLENARY PERIOD* |
| 09/24/2024 | **MOTION HEARING** (9:00 AM) (Judicial Officer: JACKSON, SANDRA) <br> Events: 09/16/2024 MOTION - ENTER ORDER |
| 10/07/2024 | NOTICE OF HEARING / FIAT |
| 10/23/2024 | MOTION - MISCELLANEOUS <br> Party: RESPONDENT HILL, MARIBEL L <br> *MOTION FOR TEMPORARY SUPPORT/SPOUSAL MAINTENANCE NOW AND PENDING APPEAL* |
| 10/25/2024 | MOTION - COMPEL <br> Party: RESPONDENT HILL, MARIBEL L <br> *TRIAL TRANSCRIPT AND AUDIO RECORDING OF TRIAL TRANSCRIPT* |
| 10/25/2024 | MOTION - RECONSIDER <br> Party: RESPONDENT HILL, MARIBEL L <br> *AND CLARIFICATION OF COURT'S RULINGS* |
| 10/29/2024 | AMENDED MOTION <br> *TO SIGN AND ENTER FINAL DECREE OF DIVORCE* |
| 10/29/2024 | NOTICE OF HEARING / FIAT <br> *NOTICE OF COURT PROCEEDING* |
| 10/29/2024 | OBJECTIONS - MISC <br> *AND REPONSE TO AMENDED MOTION TO SIGN AND ENTER FINAL DECREE AND MOTION TO ENFORCE QDRO OR RELATED DOCUMENT FOR RETIREMENT BENEFITS PRIOR TO EXPIRATION OF COURT'S PLENARY PERIOD* |
| 10/30/2024 | NOTICE OF HEARING / FIAT |
| 10/31/2024 | MOTION - MISCELLANEOUS <br> *RESPONDENT'S OBJECTION TO AND EMERGENCY MOTION FOR CONTINUANCE ON NOVEMBER 1, 2024. HEARING ON MOTION TO ENTER DIVORCE DECREE* |

# DOCKET SHEET
## CASE NO. DF-22-14398

| | |
|---|---|
| 10/31/2024 | MOTION - CONTINUANCE<br>*EMERGENCY MOTION FOR CONTINUANCE* |
| 10/31/2024 | MOTION - CONTINUANCE<br>Party: PETITIONER HILL, DWIGHT L. |
| 11/01/2024 | **8.02 DISMISSAL/ENTRY OF FINAL ORDER** (9:00 AM) (Judicial Officer: JACKSON, SANDRA) |
| 11/05/2024 | NOTICE OF HEARING / FIAT<br>*AMENDED NOTICE OF ORAL HEARING* |
| 11/06/2024 | MOTION - TEMPORARY ORDERS<br>*SUPPLEMENTAL MOTION FOR TEMPORARY SUPPORT/SPOUSAL MAINTENANCE NOW AND PENDING APPEAL* |
| 11/06/2024 | NOTICE OF HEARING / FIAT<br>*SECOND AMENDED NOTICE OF ORAL HEARING* |
| 11/06/2024 | MOTION - TEMPORARY ORDERS<br>*SUPPLEMENTAL MOTION FOR TEMPORARY SUPPORT/SPOUSAL MAINTENANCE NOW AND PENDING APPEAL* |
| 11/06/2024 | NOTICE OF HEARING / FIAT<br>*SECOND AMENDED NOTICE OF ORAL HEARING* |
| 11/11/2024 | RESPONSE<br>*RESPONSE TO RESPONDENT'S SUPPLEMENTAL MOTION FOR TEMPORARY SUPPORT/SPOUSAL MAINTENANCE NOW AND PENDING APPEAL* |
| 11/12/2024 | **MOTION HEARING** (9:00 AM) (Judicial Officer: ABENDROTH, TAMIKA JONES)<br>*TEMPORARY SUPPORT AND SPOUSAL MAINTENANCE AND SUPPLEMENTAL* |
| 11/12/2024 | NOTICE OF HEARING / FIAT |
| 12/02/2024 | RESPONSE<br>*RESPONDENT OBJECTION AND SUPPLEMENTAL* |
| 12/03/2024 | **MOTION HEARING** (9:00 AM) (Judicial Officer: JACKSON, SANDRA)<br>*Motion to Enter* |
| 12/09/2024 | OBJECTIONS - MISC<br>*OBJECTION AND SECOND SUPPLEMENTAL RESPONSE TO PETITIONER'S FIRST AMENDED MOTION TO SIGN AND ENTER FINAL DECREE* |
| 12/10/2024 | **BENCH TRIAL** (9:00 AM) (Judicial Officer: JACKSON, SANDRA)<br>*tbc - over post trial motion* |
| 12/10/2024 | **AGREED JUDGMENT** (Judicial Officer: JACKSON, SANDRA) |
| 12/20/2024 | VACATION LETTER<br>*ROBERT EPSTEIN* |
| 12/23/2024 | REQUEST FOR FINDING OF FACT/CONCLUSIONS OF LAW |
| 12/23/2024 | REQUEST FOR FINDING OF FACT/CONCLUSIONS OF LAW |
| 01/03/2025 | MOTION - NEW TRIAL<br>Party: RESPONDENT HILL, MARIBEL L; ATTORNEY LOPEZ, MARISOL |
| 01/09/2025 | OBJECTIONS - MISC<br>*FILED BY RESPONDENT - TO THE FINAL DIVORCE DECREE ENTERED ON DECEMBER 10, 2024* |
| 01/16/2025 | NOTICE PAST DUE FINDING OF FACTS/COL |
| 01/27/2025 | CORRESPONDENCE - LETTER TO FILE |